# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:12-CR-00002-02-JM**

**RYAN MATTHEW CHILLDRES**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 106) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's criminal history score from 18 to 17. However, his criminal history category remains VI, which means his guideline range has not changed.

IT IS SO ORDERED this 13th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE